<u>CRIMINAL PROCEEDINGS</u> – Competency Hearing and Change of Plea Hearing

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill  
Case No. 1:22-cr-140  
Place: Boise  
Time: 2:37 – 3:35 p.m.

Date: August 8, 2023  
Deputy Clerk: Jamie Gearhart  
Reporter: Tammy Hohenleitner

UNITED STATES OF AMERICA vs CHRIS HAMBURG

Counsel for United States – Justin Whatcott  
Counsel for Defendant – Melissa Winberg and Marco DeAngelo

(X) Defendant sworn for examination by the Court.
(X) The Court found by a preponderance of the evidence that Mr. Hamburg is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

(X) The Court found the defendant competent to enter a plea.
(X) Sentencing guidelines explained.
(X) Defendant's Constitutional Rights explained.
(X) Second Superseding Indictment furnished to defendant.
(X) Maximum Penalty:
    10 years imprisonment on each Count, may run consecutively
    3 years supervised release
    $250,000 fine
    $100 special assessment, each Count
(X) Defendant informed this sentence may run consecutive to any other state or federal sentence.
(X) Signed Plea Agreement previously filed with the Court.
(X) The Government set forth the elements of the offense.

(X) Defendant withdrew his previous plea of NOT GUILTY and entered a GUILTY plea to Counts One and Two of the Second Superseding Indictment pursuant to the plea agreement. The Court accepts the plea and the plea agreement is taken UNDER ADVISEMENT pending review of the presentence report.

**Sentencing – November 1, 2023 at 1:30 pm in Boise before Judge B. Lynn Winmill**
(X) Court ordered a presentence investigation report.
    Original report to Counsel:    9/20/2023
    Notification of Objections:    10/4/2023
    Final Report to Court and Counsel:    10/18/2023

(X) All sentencing materials are due one week prior to the date of the sentencing.
(X) Defendant remanded to the custody of the US Marshal Service.