CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill          Date: November 1, 2023
Case No. 1:22-cr-140           Deputy Clerk: Jamie Gearhart
Place: Boise                   Reporter: Tammy Hohenleitner
                               Time:  1:37 – 1:53 p.m.
                                      1:59 – 2:59 p.m.
                               Total time – 1 hour and 16 min

UNITED STATES OF AMERICA vs CHRIS HAMBURG

Counsel for United States – Kassandra McGrady and David Robins
Counsel for Defendant – Melissa Winberg and Marco DeAngelo
Probation – Mike Cruser

(X)   The Court reviewed the case history.
(X)   The Court granted the Government's oral motion to dismiss
      Counts 3 and 4 of the Second Superseding Indictment.
(X)   The Court overruled the Government's objection to the
      Presentence Report.
(X)   Guideline range 91-121 months.
(X)   The Court adopted the Presentence Report, except as
      modified in Court.
(X)   Victim impact statements read into the record.
(X)   Counsel made sentencing recommendations to the Court.
(X)   Defendant made remarks on his own behalf.
(X)   The Court granted the Government's motion for 3rd point
      reduction for acceptance of responsibility.
(X)   Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the
Bureau of Prisons to be imprisoned for a term of 120 months on
Count One and 120 months on Count Two, to served consecutively for
a total term of 240 months.

The defendant shall pay to the United States a special assessment
of $200, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a
fine, therefore the fine is waived.

While in custody, the defendant shall submit nominal payments of
not less than $25 per quarter pursuant to the Bureau of Prisons'
Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years on each of Counts One and Two, to be served concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 87).

The Court recommends that the defendant be credited with all time served in federal custody, and that the defendant be placed at a facility in Englewood, CO.

(X)   Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)   Right to appeal explained.

(X)   Defendant remanded to the custody of the United States Marshals Service.